DEAN ROYER, SBN 233292
LAW OFFICE OF DEAN ROYER
222 Columbus Avenue Suite 219
San Francisco; California 94133
Telephone: (415) 795-1475
Facsimile: (415) 795-1087
dean@deanroyerlaw.com

Attorneys for Plaintiff
EDWARD SEYMORE

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
glafayette@lkclaw.com
SUSAN T. KUMAGAI (SBN 127667)
skumagai@lkclaw.com
BRIAN H. CHUN (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.,

**GRANTED. The Clerk shall close the case. Case is Dismissed with prejudice.**
**Dated: 4/2/2019**

UNITED STATES DISTRICT COUT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SEYMORE<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant | Case No. 3:18-cv-02168-TSH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [FRCP 41]**<br><br>Magistrate Judge: Hon. Thomas S. Hixson<br><br>Action Filed:   April 11, 2018<br>Trial Date:      September 9, 2019 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edward Seymore and Defendant United Parcel Service, Inc., by and through their undersigned counsel, hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety.

DATED: April 2, 2019　　　　　　　　　　LAW OFFICE OF DEAN ROYER

　　　　　　　　　　　　　　　　　　　　　　 /s/ Dean Royer
　　　　　　　　　　　　　　　　　　　　Dean Royer
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　EDWARD SEYMORE


DATED: April 2, 2019　　　　　　　　　　LAFAYETTE & KUMAGAI LLP

　　　　　　　　　　　　　　　　　　　　　 /s/ Susan T. Kumagai
　　　　　　　　　　　　　　　　　　　　SUSAN T. KUMAGAI
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　UNITED PARCEL SERVICE, INC.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Dean Royer, counsel for Plaintiff, for the filing of this Stipulation of Dismissal.

　　　　　　　　　　　　　　　　　　　　　 /s/ Susan T. Kumagai
　　　　　　　　　　　　　　　　　　　　SUSAN T. KUMAGAI